UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN WAYNE HENRY,

        Petitioner,         Case No. 1:12cv474

v.         Hon. Robert J. Jonker

KENNETH McKEE,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

    The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 14, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 14, 2015, is approved and adopted as the opinion of the court.

    **IT IS FURTHER ORDERED** that the petition for habeas corpus is **DENIED**.


                                        /s/Robert J. Jonker
                                        Robert J. Jonker
                                        Chief United States District Judge

Dated: January 6, 2016